IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY E. BOOKER, E-87959, ) | |
| ) | |
| Petitioner, ) | No. C 11-2311 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| K. DICKINSON, Warden. ) | (Docket # 3) |
| ) | |
| Respondent. ) | |
| ) | |

  Petitioner seeks federal habeas review of the execution of a sentence imposed by the San Mateo County Superior Court, which lies in this judicial district. See 28 U.S.C. § 84(a). Petitioner is incarcerated at the California Medical Facility in Vacaville, Solano County, which lies in the Eastern District of California. See id. § 84(b).

  Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1 | Because Solano County lies in the Eastern District of California, the court orders
2 | that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the
3 | interest of justice, this petition be transferred to the United States District Court for the
4 | Eastern District of California.
5 | The clerk shall transfer this matter and terminate all pending motions as moot.
6 | SO ORDERED.
7 | DATED:  June 15, 2011
8 | CHARLES R. BREYER
  | United States District Judge

G:\PRO-SE\CRB\HC.11\Booker, J1.transfer.wpd

2